request for oral argument. Request granted.

**90-296.** State v. Arnold. *Lucas County,* No. L-89-074. On motion to dismiss. Motion overruled.

Wright and Resnick, JJ., dissent.

**90-416.** American Motors Corp. v. Huffstutler. *Wood County,* No. WD-89-54. On motions for leave to file *amicus* of American Corporate Counsel Association and American Bar Association. Motions granted.

H. Brown and Resnick, JJ., not participating.

**90-763.** Nuspl v. Akron. *Summit County,* No. 14364. On motion to amend appellant's brief. Motion granted.

**90-925.** State v. Walton. *Wyandot County,* No. 16-85-25. On notice and demand specially made. Motion denied.

Holmes and Wright, JJ., would dismiss.

**90-1094.** American Steamship Co. v. Limbach. Board of Tax Appeals, No. 86-C-252. On request for oral argument. Request granted.

**90-1522.** State, ex rel. Veterans Serv. Office, v. Pickaway Cty. Bd. of Commrs. In Mandamus. On motion to advance case on docket, request to expedite, and request for oral argument. Motion and requests denied.

Wright and H. Brown, JJ., would also deny the writ of mandamus.

**90-1605.** Rotek, Inc. v. Limbach. Board of Tax Appeals, No. 86-E-156. On motions for leave to file *amicus* of Ohio Chamber of Commerce and Ohio Manufacturers Association. Motions granted.

**90-1805.** State, ex rel. AT&T Technologies, Inc., v. Ackley. *Franklin County,* No. 88AP-835. On motion for leave to supplement record. Motion granted.

**90-2072.** Nationwide Ins. Co. v. Fryer. *Columbiana County,* No. 89-C-26. On motion for leave to file *amicus* of the Ohio Association of Civil Trial Attorneys. Motion granted.

Moyer, C.J., dissents and would deny the motion because the brief is filed out of rule.

**90-2141.** State v. Vistell. *Summit County,* No. 11813. On motion for leave to file delayed appeal. Motion denied.

## MOTION DOCKET

**87-1614.** State v. Benner. *Summit County,* No. 12664. On motion for stay. Stay granted.

Holmes and Resnick, JJ., would deny the stay and set an execution date.

**89-2201.** Lake Cty. Bd. of Commrs. v. Hoose. *Lake County,* No. 89-L-14-076. On